WRIGHT STANISH & WINCKLER
KAREN C. WINCKLER, ESQ.
Nevada Bar No. 2809
300 South Fourth Street
 Suite 701
Las Vegas, NV 89101
(702) 382-4004
Attorneys for Carlos Jimenez-Martinez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Carlos Jimenez-Martinez, ) <br> ) <br> Defendant. ) <br> _____) | Case No.2:13-cr-00448-KJD-CWH |

**STIPULATION
AND
ORDER TO CONTINUE DATE FOR SENTENCING HEARING**

COMES NOW Defendant CARLOS JIMENEZ-MARTINEZ, by and through his attorney, KAREN C. WINCKLER, ESQ., and the United States, by and through Assistant United States Attorney AMBER CRAIG, and hereby stipulate and agree that the sentencing hearing date set for December 16, 2014, be continued to a time convenient for the court, but no sooner than in 5 weeks.

///

///

///

This stipulation is entered into to allow sufficient time for the attorneys for the defendant to properly gather facts and prepare for the hearing. Due to an error, the PSR has not yet been delivered by the Probation Office to defense counsel. Today, upon request, AUSA Craig forwarded the PSR to counsel. The Defendant requires that the PSR be translated.

DATED:   December 8, 2014

| WRIGHT STANISH & WINCKLER | UNITED STATES ATTORNEY |
|---|---|
| BY   /s/<br>KAREN C. WINCKLER, ESQ<br>Nevada Bar No. 2809<br>300 South Fourth Street<br>Ste. 701<br>Las Vegas, Nevada<br>Attorneys for Defendant | BY   /s/<br>AMBER CRAIG, ESQ.<br>Assistant U.S. Attorney<br>333 Las Vegas Blvd. South<br>5th Floor<br>Las Vegas, NV 89101 |

***************************************************

## ORDER

**Good cause appearing,  IT IS SO ORDERED** that the sentencing hearing in this matter is continued to January 20, 2015, at the hour of 9:00 a.m. in courtroom #4A.

December  10,  2014

KENT J. DAWSON
United States District Court Judge