

```
___ FILED           ___ RECEIVED
___ ENTERED         ___ SERVED ON
                    COUNSEL/PARTIES OF RECORD

          JAN 20 2015

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-448-KJD-(CWH) |
| CARLOS JIMENEZ-MARTINEZ, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE AS TO CARLOS JIMENEZ-MARTINEZ**

On September 15, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1) and (a)(2) forfeiting property of defendant CARLOS JIMENEZ-MARTINEZ to the United States of America. Criminal Indictment, ECF No. 10; Bill of Particulars, ECF No. 23; Amended Change of Plea, ECF No. 64; Plea Agreement, ECF No. 68; Preliminary Order of Forfeiture, ECF No. 73.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c), that the Preliminary Order of Forfeiture (ECF No. 73), listing the following assets, is final as to defendant CARLOS JIMENEZ-MARTINEZ:

1. a Glock, Model 19 handgun, bearing serial number BDK808US;

2. a .45 caliber, High Standard Crusader handgun, bearing serial number HS1147315;

3. a 12 gauge, Armscor shotgun, bearing serial number AP214132;

4. a RomArms, model 332, 7.62 caliber rifle, bearing serial number 10984599;

5. any and all ammunition; and

6. $4,979 in United States Currency.

DATED this 15 day of ~~December~~ January, 2014.

                                                                                       _____
                                                                                       UNITED STATES DISTRICT JUDGE