# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:13-CR-448-KJD-(CWH) |
| CARLOS JIMENEZ-MARTINEZ, | ) ) ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

On September 15, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1) and (a)(2) based upon the plea of guilty by defendant CARLOS JIMENEZ-MARTINEZ to the criminal offenses, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant CARLOS JIMENEZ-MARTINEZ pled guilty. Criminal Indictment, ECF No. 10; Bill of Particulars, ECF No. 23; Change of Plea, ECF No. 63; Plea Agreement, ECF No. 68; Preliminary Order of Forfeiture, ECF No. 73.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

from September 18, 2014, through October 17, 2014, notifying all potential third parties; and notified known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court.  Notice of Filing Proof of Publication, ECF No. 81.

On October 24, 2014, the United States Attorney's Office served Amad Rashad Yarber with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mailing, ECF No. 93.

On November 14, 2014, the United States Marshals Office personally served Amad Rashad Yarber with copies of the Preliminary Order of Forfeiture and the Notice.  Notice of Filing Service of Process – Personal Service, ECF No. 94, p. 2-16.

On December 3, 2014, the United States Marshals Office personally served John Porter Giles with copies of the Preliminary Order of Forfeiture and the Notice.  Notice of Filing Service of Process – Personal Service, ECF No. 94, p. 17-31.

On December 11, 2014, the United States Marshals Office personally served Louis C. Monti with copies of the Preliminary Order of Forfeiture and the Notice.  Notice of Filing Service of Process – Personal Service, ECF No. 94, p. 32-46.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1), (a)(2), and (n)(7) and shall be disposed of according to law:

1. a Glock, Model 19 handgun, bearing serial number BDK808US;

2. a .45 caliber, High Standard Crusader handgun, bearing serial number HS1147315;

3. a 12 gauge, Armscor shotgun, bearing serial number AP214132;

4. a RomArms, model 99.1, 7.62 caliber rifle, bearing serial number 10984599;

5. any and all ammunition; and

6. $4,979 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 28th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Final Order of Forfeiture on January 23, 2015, by the below identified method of service:

<u>Electronic Filing</u>

Brenda Weksler
Federal Public Defender
411 E. Bonneville Ste. 250
Las Vegas, NV 89101
Nancy_Vasquez@fd.org
Counsel for Carlos Leon Cabrales

James A. Oronoz
James A. Oronoz, Chtd.
700 S. Third Street
Las Vegas, NV 89101
jim@oronozlawyers.com
Counsel for Jose Luis Barragan

Karen C. Winckler
Wright Stanish & Winckler
300 S, Fourth Street Ste. 701
Las Vegas, NV 89101
Winckler@wswlawlv.com
Counsel for Carlos Jimenez-Martinez

Gabriel L. Grasso
Gabriel L. Grasso, P.C.
9525 Hillwood Drive Ste. 190
Las Vegas, NV 89134
gabriel@grassodefense.com
Counsel for Juan Carlos Silva